UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MITCHELL LEE VARNELL,

                Petitioner,

   v.

PAT GLEBE,

                Respondent.

Case No. C10-1151-JCC

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING MOTION TO OFFER EVIDENCE**

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. 5) submitted under 28 U.S.C. § 2254, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, the governing law, and the balance of the record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation. (Dkt. No. 29.)

    (2)    Petitioner's habeas petition and this action are **DISMISSED** with prejudice.

    (3)    Petitioner's Motion to Offer Evidence is **DENIED**. (Dkt. No. 20.)

    (4)    Petitioner's motion to strike is **DENIED**. (Dkt. No. 30.)

    (4)    A certificate of appealability is **DENIED**.

///

///

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS AND DENYING
MOTION TO OFFER EVIDENCE- 1

(5)   The Clerk is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 27th day of May, 2011.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS AND DENYING
MOTION TO OFFER EVIDENCE- 2